IN UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS** and **FEIONA DUPREE**, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED<br><br>    **Plaintiffs,**<br><br>v.<br><br>**PUBLIX SUPERMARKETS, INC.**<br>    **Defendant.** | Civil Action No.: 1:19-cv-_____ |

## NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION

    I, the undersigned current or former employee of Publix Supermarkets, Inc. hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor and Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, wages, compensation and amounts that I may be owed under the FLSA. I was employed by Publix Supermarkets some of the three years prior to signing this document.  I consent to become a party plaintiff in this collective action, to be represented by the Law Office of Arnold J. Lizana III. P.C.  I agree to be bound by any settlement of this action or adjudication by the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

*Charles A Bryant*
_____
**CHARLES BRYANT**
c/o Law Office of Arnold J. Lizana, III P.C.
1175 Peachtree Street, 10th Floor
Atlanta, GA. 30094
Phone /Facsimile: (877) 443-0999

Date: 08/25/2019

IN UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS** and **FEIONA DUPREE** Each individually and on Behalf of **ALL OTHERS SIMILARLY SITUATED** **Plaintiffs,** v. **PUBLIX SUPERMARKETS, INC.** **Defendant.** | Civil Action No.: 1:19-cv- _____ |

**NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION**

I, the undersigned current or former employee of Publix Supermarkets, Inc. hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor and Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, wages, compensation and amounts that I may be owed under the FLSA. I was employed by Publix Supermarkets some of the three years prior to signing this document.  I consent to become a party plaintiff in this collective action, to be represented by the Law Office of Arnold J. Lizana III. P.C.  I agree to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*Michael Adesiyan*
_____
**MICHAEL ADESIYAN**
c/o Law Office of Arnold J. Lizana, III P.C.
1175 Peachtree Street, 10th Floor
Atlanta, GA. 30094
Phone /Facsimile: (877) 443-0999

Date: 08/25/2019