# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR.,KEVIN JACOBS and FEIONA DUPREE, Individually, and on Behalf of ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PUBLIX SUPERMARKETS, INC.<br><br>　　Defendant. | Civil Action File No.<br>1:19-cv-04466-LMM |

## NOTICE OF APPEARANCE OF BRETT C. BARTLETT

Please take notice that Brett C. Bartlett of the law firm of Seyfarth Shaw LLP hereby enters his appearance as counsel of record for Defendant Publix Supermarkets, Inc, in the above-styled action and requests that copies of all pleadings, correspondence, and other papers in this action be served upon him as counsel for Publix Supermarkets, Inc.

Date: October 15, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By s/ Brett C. Bartlett
　　Brett C. Bartlett
　　Georgia Bar No. 040510

-2-

                                        Lennon B. Haas
                                        Georgia Bar No. 158533
                                        SEYFARTH SHAW LLP
                                        1075 Peachtree St. NE, Suite 2500
                                        Atlanta, Georgia 30309-3958
                                        Telephone: (404) 885-1500
                                        bbartlett@seyfarth.com
                                        lhaas@seyfarth.com

                                        COUNSEL FOR DEFENDANT
                                        PUBLIX SUPERMARKETS, INC.

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14-point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

By:   _*Brett C. Bartlett*_____
Brett C. Bartlett
*Counsel for Defendant Publix Supermarkets, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on Behalf of ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.<br><br>    Defendant. | Civil Action<br>File No. 1:19-cv-04466-LMM |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF BRETT C. BARTLETT has been filed with the Clerk of Court using the CM/ECF system and will send notification to all counsel of record.

This 15th day of October, 2019.

                                                        SEYFARTH SHAW LLP

                         By:     _Brett C. Bartlett_____
                                                    Brett C. Bartlett
                                                    *Counsel for Defendant Publix Supermarkets, Inc.*