**Exhibit 1**

IN UNITED STATES DISTRICT COURT
FOR NORTHERN  DISTRICT OF GEORGIA
ATLANTA DIVISION

**TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED**

**Civil Action No.: 1:19-cv- 4466 LMM**

**Plaintiffs,**

**v.**

**PUBLIX SUPERMARKETS, INC.**
**Defendant.**

## NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION

I, the undersigned current or former employee of Publix Supermarkets, Inc. hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor and Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, wages, compensation and amounts that I may be owed under the FLSA. I was employed by Publix Supermarkets some of the three years prior to signing this document.  I consent to become a party plaintiff in this collective action, to be represented by the Law Office of Arnold J. Lizana III. P.C.  I agree to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_Charles ^ Bryant_

**CHARLES BRYANT**
c/o Law Office of Arnold J. Lizana, III P.C.
1175 Peachtree Street, 10th Floor
Atlanta, GA. 30094
Phone /Facsimile: (877) 443-0999

Date: 08/25/2019

IN UNITED STATES DISTRICT COURT
FOR NORTHERN  DISTRICT OF GEORGIA
ATLANTA DIVISION

**TAKIA WALTON, DANYLLE MCHARDY ,**
**GEORGE DE LA PAZ JR., KEVIN JACOBS**
**and FEIONA DUPREE**
**Each individually and on Behalf of**
**ALL OTHERS SIMILARLY SITUATED**

**Civil Action No.: 1:19-cv- 4466 L**MM

      **Plaintiffs,**

**v.**

**PUBLIX SUPERMARKETS, INC.**
      **Defendant.**

**NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION**

I, the undersigned current or former employee of Publix Supermarkets, Inc. hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor and Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, wages, compensation and amounts that I may be owed under the FLSA. I was employed by Publix Supermarkets some of the three years prior to signing this document.  I consent to become a party plaintiff in this collective action, to be represented by the Law Office of Arnold J. Lizana III. P.C.  I agree to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

**MICHAEL ADESIYAN**
c/o Law Office of Arnold J. Lizana, III P.C.
1175 Peachtree Street, 10th Floor
Atlanta, GA. 30094
Phone /Facsimile: (877) 443-0999

Date: 08/25/2019