IN UNITED STATES DISTRICT COURT
FOR NORTHERN  DISTRICT OF GEORGIA
ATLANTA DIVISION

TAKIA WALTON, DANYLLE MCHARDY,
GEORGE DE LA PAZ JR., KEVIN JACOBS
and FEIONA DUPREE,
Each individually and on Behalf of
ALL OTHERS SIMILARLY SITUATED

    Plaintiff,

v.

PUBLIX SUPERMARKETS, INC.

    Defendant.

Civil Action No.: 1:19-cv-4466 LMM

 Jury Trial Demanded

## PLAINTIFFS' RESPONSE TO EMERGENCY MOTION
## TO STRIKE, DENY WITHOUT PREJUDICE, OR STAY; AND STIPULATION

To United States  District Judge Leigh Martin May:

Plaintiffs file this Response in to Defendant's Emergency Motion to Strike, Deny

Without Prejudice, or Stay  (Doc. No 10) and make the stipulation contained herein.

1.      Plaintiffs have filed a Motion for Leave to File a Second Amended

Complaint and an Amended Motion for Conditional Class Certification. (Doc Nos. 16

and 17.)    Both motions address, clarify and correct concerns raised in Defendant's

Emergency Motion to Strike, Deny Without Prejudice or Stay.  (Doc No 10).

2.      With respect to Plaintiff's Amended Motion for Conditional Class

Certification, Plaintiffs  hereby stipulate as follows:  Defendant's Response to Plaintiff's

Amended Motion for Conditional Class Certification is due two weeks after the date it files an Answer (or otherwise responsive pleading) to the First Amended Complaint or Second Amended Complaint if leave is granted.

3.      Plaintiffs humbly request this Court give adequate consideration to its Motion to Toll the Statute of Limitations, in light of the claims erosion precipitated by Defendant's Motion to Stay. (Doc No. 14)

4.      Based on the above stipulation, Defendant's Motion to Strike, Deny Without Prejudice, or Stay should be denied as it is now moot.

October 22, 2019                              Respectfully submitted,

                                             /s/ Arnold J. Lizana
                                             Law Offices of Arnold J. Lizana III
                                             GA Bar No.: 698758
                                             1175 Peachtree Street NE, 10th Floor
                                             Atlanta, GA 30361
                                             T: 877-443-0999
                                             F: 877-443-0999
                                             alizana@attorneylizana.com

                                             Taft L. Foley II
                                             The Foley Law Firm
                                             (*ADMITTED PRO HAC VICE*)
                                             3003 South Loop West, Suite 108
                                             Houston, Texas, 77002
                                             T: (832) 778-8182;
                                             F: (832) 778-8353
                                             taft.foley@thefoleylawfirm.com
                                             **ATTORNEYS FOR PLAINTIFFS**