IN UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.<br><br>Defendant. | Civil Action No.: 1:19-cv-4466 LMM<br><br><u>Jury Trial Demanded</u> |

## PROPOSED ORDER

Upon consideration of Defendant's Emergency Motion to Strike, Deny Without Prejudice, or Stay and Plaintiff's response, stipulations and amended filings, it is the Court's orders that Defendant's motion is DENIED as moot. Defendant's Response to Plaintiff's Amended Motion for Conditional Class Certification is due two weeks after the date it files an Answer (or otherwise responsive pleading) to the First Amended Complaint or Second Amended Complaint if leave is granted.

SO ORDERED this 22rd day of October, 2019.

_____
LEIGH MARTIN MAY
United States District Judge