## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON; DANYLLE ) | |
| MCHARDY; GEORGE DE LA PAZ JR.; ) | |
| KEVIN JACOBS and FEIONA DUPREE, ) | |
| Individually, and on behalf of all others ) | |
| similarly situated, ) | CIVIL ACTION FILE NO. |
| ) | 1:19-CV-4466-LMM |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PUBLIX SUPERMARKETS, INC, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

Defendant Publix Supermarkets, Inc. does not oppose Plaintiffs' motion for leave to file a second amended complaint. Doc. 16. If this Court grants leave, however, Plaintiffs' pending Motion for Equitable Tolling (Doc. 14) should be denied as moot. *See, e.g.*, *Donatti v. Charter Commc'ns, L.L.C.*, No. 11-4166-CV-C-MJW, 2013 WL 3807302, at *2 (W.D. Mo. July 22, 2013) ("As a result of [allowing plaintiffs to file a second amended complaint] after plaintiffs' motion for equitable

tolling was filed and fully submitted, it appears that plaintiffs' motion for equitable

tolling may now be moot.").[1]

Date: October 23, 2019                    Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By s/ Brett C. Bartlett_____
                                               Brett C. Bartlett
                                               Georgia Bar No. 040510
                                               Lennon B. Haas
                                               Georgia Bar No. 158533
                                               SEYFARTH SHAW LLP
                                               1075 Peachtree St. NE, Suite 2500
                                               Atlanta, Georgia 30309-3958
                                               Telephone: (404) 885-1500
                                               bbartlett@seyfarth.com
                                               lhaas@seyfarth.com

                                               COUNSEL    FOR    DEFENDANT
                                               PUBLIX SUPERMARKETS, INC.

---

[1] Amendment also moots then-pending motions for conditional certification.  *See, e.g., Meyer v. Panera Bread Co.*, 344 F. Supp. 3d 193, 199 (D.D.C. 2018) (denying as moot motion for conditional certification filed before complaint amendment); *Lawrence v. Maxim Healthcare Servs., Inc.*, No. 1:12CV2600, 2013 WL 12178607, at *1 (N.D. Ohio Apr. 26, 2013) (same).

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TAKIA WALTON; DANYLLE ........................)
MCHARDY; GEORGE DE LA PAZ JR.; .........)
KEVIN JACOBS and FEIONA DUPREE, ........)
Individually, and on behalf of all others ........)
similarly situated, .......................................)        CIVIL ACTION FILE NO.
..................................................................)        1:19-CV-4466-LMM
.............Plaintiffs, ....................................)
..................................................................)
v. ...............................................................)
..................................................................)
PUBLIX SUPERMARKETS, INC, .................)
..................................................................)
.............Defendants. ...................................)

## CERTIFICATE OF SERVICE

I certify that on October 23, 2019, I electronically filed DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND using the CM/ECF system, which will automatically send email notification of this filing to all counsel of record.

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this response in opposition to Plaintiffs' motion for conditional certification has been prepared in Book Antiqua 13-point font as approved by Local Rule 5.1(B).

s/ Brett C. Bartlett
Counsel for Defendant