IN UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.<br>   Defendant. | Civil Action No.: 1:19-cv-4466 LMM |

## NOTICE OF SUPPLEMENTAL INFORMATION

Plaintiffs file this Notice of Supplemental Information to highlight new factual developments that support its Motion for an Order to Toll Limitations Period For Putative Collective Members and the supporting Memorandum of Law. (Doc. 14.) This Notice contains no new legal argumentation.

The court is already aware that on October 21, 2019, Plaintiffs filed a Motion for Leave to file a Second Amended Complaint (Doc. 17) that refines and clarifies the putative class definition in response to concerns raised in Defendant's Emergency Motion to Strike, Deny Without Prejudice or Stay. (Doc No 10). At paragraphs 47 and 66 of Plaintiff's Proposed Second Amended Complaint, the putative class description reads as follows:

> All Publix Bakery and Deli department Managers and Assistant Managers nation-wide, who were misclassified as exempt salaried employees, performed mostly manual labor and were not paid at the proper overtime rate for hours worked more than forty (40) hours in any week within three (3) years prior to the inception of this lawsuit.

(See Doc. 17 at Ex A)

If Plaintiff's Motion for Leave to file a Second Amended Complaint is granted, we request that the court consider Plaintiff's Motion to Toll Limitations Period for Putative Collective Members in light of the above referenced description of the putative class, and disregard the putative class descriptions appearing on pages 1 and 2 of the Plaintiffs' Memorandum in Support of Plaintiff's Motion to Toll Limitations Period for Putative Collective Members. (Doc. 14 at Attachment 1).

Dated: October 24, 2019                    Respectfully submitted,

                                           By: /s/Arnold Lizana
                                           Arnold Lizana
                                           GA Bar No.: 698758
                                           Law Offices of Arnold J. Lizana III P.C.
                                           1175 Peachtree Street NE, 10th Floor
                                           Atlanta, GA 30361
                                           T: 877-443-0999
                                           F: 877-443-0999
                                           alizana@attorneylizana.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2019, I filed this document Plaintiffs' NOTICE OF SUPPLEMENTAL INFORMATION with the Clerk of the Court using the ECF, and served a copy by email to the following:

Brett C. Bartlett
SEYFARTH SHAW LLP.
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309-3958
bbartlett@seyfarth.com
COUNSEL FOR DEFENDANT
PUBLIX SUPERMARKETS, INC.

                                                  s/Arnold Lizana
                                                  Counsel for Plaintiffs