UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED<br><br>  Plaintiffs,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.<br><br>  Defendant. | Civil Action No.: 1:19-cv-4466 LMM<br><br>**Jury Trial Demanded** |

**CONSENT TO JOIN COLLECTIVE ACTION**

- I, **Jovanovich Roberts**, consent to join the above captioned lawsuit seeking damages for unpaid overtime wages under the FLSA and any applicable state law.

- I am similarly situated to the named Plaintiff in this matter because I performed similar duties and was denied overtime pay.

- I authorize the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiff's Counsel, and I understand I will be bound be such decisions.

- I agree to be represented by Attorney Taft L. Foley II and Attorney Arnold J. Lizana III, counsel for the named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file my claim in a separate or related action.

- Date: 11/14/2019        Signature: _DocuSigned by: 3C44B3FC82D9416..._