IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAKIA WALTON, DANYLLE
MCHARDY, GEORGE DE LA PAZ
JR., KEVIN JACOBS and FEIONA
DUPREE, *individually and on behalf
of all others similarly situated*,

       Plaintiffs,

v.

PUBLIX SUPERMARKETS, INC.,

       Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:19-CV-4466-LMM

## **ORDER**

This case comes before the Court on Plaintiffs' October 21, 2019 Motion for Leave to File Second Amended Complaint. Dkt. No. [16]. Defendant does not oppose that Motion, Dkt. No. [20], so Plaintiffs' Motion for Leave to File Second Amended Complaint [16] is **GRANTED** as unopposed.

Defendant argues the Court should moot Plaintiffs' pending Motion for Equitable Tolling if it grants Plaintiffs' Motion to Amend. Id. (citing Dkt. No. [14]). Since Defendant raises an identical mootness argument in response to Plaintiffs' Motion for Equitable Tolling, see Dkt. No. [23] at 15, the Court will address mootness when it rules on that Motion.

**IT IS SO ORDERED** this 21st day of November, 2019.

Leigh Martin May
**United States District Judge**