IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON; DANYLLE MCHARDY; GEORGE DE LA PAZ JR.; KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:19-CV-4466-LMM |

## **ORDER**

Before the Court is Defendant Publix Super Markets, Inc.'s Motion to Take Notice. Dkt. No. [29]. Publix's motion, by applying this Court's previous orders and the relevant Federal Rules of Civil Procedure, correctly calculates its deadline to respond to Plaintiffs' Amended Motion for Conditional Certification as December 20, 2019. The Court thus **GRANTS** Publix's Motion to Take Notice, Dkt. No. [29] and recognizes that date as the deadline for Publix to respond to Plaintiffs' certification motion. Dkt. No. [17]. Plaintiffs have until January 3, 2019 to file a reply if they so wish. The Clerk is **DIRECTED** to de-submit Dkt. No [17] and re-submit it to the Court on January 4, 2020.

- 5 -

- 6 -

**IT IS SO ORDERED** this ___ day of December, 2019

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE