# EXHIBIT J

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON; DANYLLE MCHARDY; GEORGE DE LA PAZ JR.; KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:19-CV-4466-LMM |

## DECLARATION OF ALLISON MCLEOD

I, Allison McLeod, pursuant to 28 U.S.C. § 1746, state as follows:

1. The facts in this declaration are based on my personal knowledge.

2. I understand that this declaration may be used as evidence in the above-captioned lawsuit, which concerns the prior classification of the Deli Manager position at Publix Super Markets, Inc. ("Publix") as exempt from overtime laws. I understand that because I worked for Publix as a salaried exempt Deli Department Manager from July 2016 through the position's reclassification in March 2019, I am part of the proposed group that Plaintiffs, whose names are at the top of this document, seek to include or otherwise represent in this lawsuit. I understand that

whether to join the lawsuit, as well as whether to speak with Publix's counsel and provide this declaration, are my choices to make and that I will not be treated any differently based on my decisions. I have not been pressured in any way in making these decisions. I have no interest in joining the lawsuit, and I provide this declaration voluntarily.

1. I am a Deli Manager for Publix. I oversee the Deli Department in Store No. 0720. I began working for Publix in 2011 as a part-time Deli Clerk. I was eventually promoted to full-time Deli Clerk and then Assistant Deli Manager. In July 2016, I was promoted to full-time Deli Manager. I have worked as a Deli Manager at my current store, which is located at 1250 W Paces Ferry Rd NW, Atlanta, Georgia 30327, for the last year. Prior to that, I worked as the Deli Manager at the Morres Mill Center store.

2. I currently supervise approximately 16 associates in my department, including an Assistant Deli Department Manager. In comparison to my last store, where I managed approximately 25 associates, my current department is much smaller.

3. As the Deli Manager, my associates and assistant manager know that customer service is my top priority. I stress the importance of customer service to my associates and the need to put the customers' needs first.

am therefore generally able to run my department in the manner in which I think works best.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2019.

*Allison McLeod*
Allison McLeod