IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, *individually and on behalf of all others similarly situated,*<br><br>　　Plaintiffs,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:19-cv-04466-LMM |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On this day came to be considered Plaintiffs' Unopposed Motion for Continuance. Having reviewed the Motion, Defendants' Response, and the arguments of Counsel, if any, the Court hereby GRANTS Plaintiffs' Motion for Continuance.

THEREFORE, IT IS ORDERED that the deadline for Plaintiffs to file their response to Defendants' Motion to Dismiss is January 3, 2020.

DATE 12/23/2019

_____
JUDGE PRESIDING

1