IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, *individually and on behalf of all others similarly situated,* § § § § § § | |
| Plaintiffs, § § | CIVIL ACTION NO. 1:19-cv-04466-LMM |
| v. § § | |
| PUBLIX SUPERMARKETS, INC., § § | |
| Defendant. § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Movant, Don J. Foty, counsel of record, and files this Motion to Withdraw asking for permission to be withdrawn as counsel for the Plaintiffs in this case. Mr. Foty no longer represents the Plaintiffs in this matter and will not be involved in this case. Remaining as Counsel for the Plaintiffs is Arnold J. Lizana at Law Offices of Arnold J. Lizana III, 1175 Peachtree Street NE, 10th Floor Atlanta, GA 30361 and Taft Foley of the Foley Law firm, 3003 S Loop W #108, Houston, TX 77054.

Mr. Foty has conferred with all sides and there is no opposition to this Motion.

Therefore, Movant asks that the Court enter an order discharging Don Foty as attorney of record for the Plaintiffs and for such other and further relief that he may be justly entitled.

Respectfully submitted,

Hodges & Foty, LLP

By: /s/ Don J. Foty
  Don J. Foty
  State Bar No. 24050022
  Federal No. 711522
  4409 Montrose Blvd., Suite 200
  Houston, Texas 77006
  Telephone: (713) 523-0001
  Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties on January 14, 2020 via the Northern District's CM/ECF system.

/s/ Don J. Foty
Don J. Foty

## CERTIFICATE OF CONFERENCE

I certify that I have conferred will all Parties and there is no opposition to this Motion to Withdraw.

/s/ Don J. Foty
Don J. Foty