IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, *individually and on behalf of all others similarly situated,*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PUBLIX SUPERMARKETS, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:19-cv-04466-LMM |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw as Counsel by Don J. Foty. After considering the evidence and hearing the arguments of counsel, if any, it appears to the Court that the Motion is meritorious and is therefore GRANTED.

IT IS THEREFORE ORDERED that Don J. Foty, be removed as counsel of record for the Plaintiffs. Arnold J. Lizana and Taft Foley will remain as Counsel for the Plaintiffs.

SIGNED on this 15th day of January, 2020.

_____
JUDGE PRESIDING