IN UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS, CHARLES BRYANT and FEONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PUBLIX SUPERMARKETS, INC.**<br>**Defendant.** | Civil Action No.: 1:19-cv- _____<br><br>**Jury Trial Demanded** |

## NOTICE OF CONSENT TO JOIN COLLECTIVE ACTION

I, the undersigned current or former employee of Publix Supermarkets, Inc. hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor and Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, wages, compensation and amounts that I may be owed under the FLSA. I was employed by Publix Supermarkets some of the three years prior to signing this document.  I consent to become a party plaintiff in this collective action, to be represented by the Law Office of Arnold J. Lizana III. P.C.  I agree to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____

**TAKIA WALTON**
c/o Law Office of Arnold J. Lizana, III P.C.
1175 Peachtree Street, 10th Floor
Atlanta, GA. 30094
Phone /Facsimile: (877) 443-0999

Date: 08/22/2019