IN UNITED STATES DISTRICT COURT
FOR NORTHERN  DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Each individually and on Behalf of ALL OTHERS SIMILARLY SITUATED | Civil Action No.: 1:19-cv-4466 LMM |
| Plaintiff, | |
| v. | |
| PUBLIX SUPERMARKETS, INC. Defendant. | |

## **STATEMENT OF OPPOSITION**

COMES NOW PLAINTIFFS, by and through the undersigned counsel, and hereby notifies the court that it opposes Defendant's filing of a motion for partial summary judgment regarding Plaintffs' proposed class definition.   Plaintiffs vigorously dispute Defendant's false contention that it classified all of its assistant managers as non-exempt throughout the relevant period, and its related claim that Plaintiffs' proposed collective definition includes both exempt and non-exempt

positions.  As the court has already recognized, a summary judgment ruling on this issue would be inappropriate without permitting Plaintiffs an opportunity to conduct discovery and introduce evidence to refute Defendant's claim that it paid all of its assistant managers hourly wages prior to April 2019.

Plaintiffs propose a limited period discovery regarding these issues. This period would include 14 days for Plaintiffs to request written discovery, followed by a 14 day response period for Defendant.  Within 7 days of the Defendant's response, Plaintiffs will move to compel responses and /or seek leave of the court to conduct additional discovery, if necessary.

Dated: April 24, 2020                    Respectfully submitted,

By:  /s/Arnold Lizana
Arnold Lizana
GA Bar No.: 698758
Law Offices of Arnold J. Lizana III P.C.
1175 Peachtree Street NE, 10th Floor
Atlanta, GA 30361
T: 877-443-0999
F: 877-443-0999
alizana@attorneylizana.com

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2020, I filed this document

Plaintiffs' Statement of Opposition with the Clerk of the Court using the ECF, and

served a copy by email to the following:


s/Arnold Lizana_____
Counsel for Plaintiffs


STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1(D)

This brief has been prepared with one of the font and point selections

approved by the court in Local Rule 5.1(C), namely Times New Roman 14 pt.


s/Arnold Lizana_____
Counsel for Plaintiffs