IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 1:19-CV-4466-LMM |

**JOINT MOTION TO STAY**

Defendant Publix Super Markets, Inc. and Plaintiffs jointly move this Court to stay all proceedings and deadlines in this case for 60 days to facilitate ongoing settlement discussions between the parties.

Rather than continue to litigate, the parties have opted to try and resolve their dispute outside of court. Those conversations have begun and will continue over the coming weeks. To facilitate those talks, and to accommodate the upcoming holidays, the parties seek a stay of proceedings and deadlines. This brief pause will not prejudice the parties or this Court. Instead, a stay will facilitate

- 2 -

cooperative resolution of this dispute while preserving judicial resources for other matters before this Court. A proposed order follows this motion.

| | |
|---|---|
| Date: December 24, 2020 | Respectfully submitted, |

| | |
|---|---|
| */s/ Taft L. Foley II* | */s/ Brett C. Bartlett* |
| Arnold J. Lizana III | Brett C. Bartlett |
| Georgia Bar No. 698758 | Georgia Bar No. 040510 |
| LAW OFFICES OF ARNOLD J. LIZANA III | Lennon B. Haas |
| | Georgia Bar No. 158533 |
| 1175 Peachtree Street NE, 10th Floor | SEYFARTH SHAW LLP |
| Atlanta, Georgia 30361 | 1075 Peachtree St. NE, Suite 2500 |
| Telephone: (877) 443-0999 | Atlanta, Georgia 30309-3958 |
| alizana@attorneylizana.com | Telephone: (404) 885-1500 |
| | bbartlett@seyfarth.com |
| Taft L. Foley II | lhaas@seyfarth.com |
| Texas Bar No. 24039890 | |
| THE FOLEY LAW FIRM | Attorneys for Defendant |
| 3003 South Loop West, Suite 108 | |
| Houston, Texas 77054 | |
| Telephone: (832) 778-8182 | |
| Taft.Foley@thefoleylawfirm.com | |
| | |
| Attorneys for Plaintiffs | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>　　　Defendant. | CIVIL ACTION FILE NO.<br>1:19-CV-4466-LMM |

## **ORDER**

Before the Court is the parties' joint motion to stay proceedings.  For good cause shown, the Court **GRANTS** the motion.  This case and all associated deadlines are stayed until February 23, 2021.

**IT IS SO ORDERED** this ___ day of _____, 2020.

_____
**Leigh Martin May**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:19-CV-4466-LMM |

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Joint Motion to Stay has been prepared in Book Antiqua 13-point font as approved by Local Rule 5.1(B).

                                                             s/ Brett C. Bartlett
                                                             Counsel for Defendant