# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:19-CV-4466-LMM |

## ORDER

Before the Court is the parties' joint motion to stay proceedings. For good cause shown, the Court **GRANTS** the motion. This case and all associated deadlines are stayed until February 23, 2021.

**IT IS SO ORDERED** this 28th day of December, 2020.

_____
**Leigh Martin May**
**United States District Judge**

- 3 -