IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:19-CV-4466-LMM |

## ORDER

Before the Court is the parties' joint motion to continue stay and set discovery schedule. For good cause shown, the Court **GRANTS** the motion. This case and all associated deadlines are stayed until May 24, 2021. If the parties have not submitted a settlement agreement for Court approval by that date, the parties have until August 24, 2021 to complete all discovery, and until September 23, 2021 to file any dispositive motions.

**IT IS SO ORDERED** this 23rd day of March, 2021.

_____
**Leigh Martin May**
**United States District Judge**

- 4 -