IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO. 1:19-CV-4466-LMM |

**NOTICE OF SETTLEMENT AND**
**JOINT MOTION TO STAY PROCEEDINGS**

Defendant Publix Super Markets, Inc. and Plaintiffs jointly give notice that the parties have agreed to settle their dispute and move to stay proceedings and all deadlines in this case for thirty days.

The parties engaged in a successful mediation on April 23, 2021 and are currently finalizing a settlement agreement, which they will submit to the Court for approval upon completion. The parties anticipate filing the agreement with the Court no later than June 20, 2021.

To facilitate that process, the parties request that the Court stay proceedings and all deadlines for thirty days, until June 20, 2021.

- 2 -

Date: May 21, 2021                                Respectfully submitted,

| | |
|---|---|
| */s/ Arnold J. Lizana III* | */s/ Brett C. Bartlett* |
| Arnold J. Lizana III | Brett C. Bartlett |
| Georgia Bar No. 698758 | Georgia Bar No. 040510 |
| LAW OFFICES OF ARNOLD J. LIZANA III | Lennon B. Haas |
| 1175 Peachtree Street NE, 10th Floor | Georgia Bar No. 158533 |
| Atlanta, GA 30361 | SEYFARTH SHAW LLP |
| Telephone: (877) 443-0999 | 1075 Peachtree St. NE, Suite 2500 |
| alizana@attorneylizana.com | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 885-1500 |
| Taft L. Foley II | bbartlett@seyfarth.com |
| Texas Bar No. 24039890 | lhaas@seyfarth.com |
| THE FOLEY LAW FIRM | |
| 3003 South Loop West, Suite 108 | Attorneys for Defendant |
| Houston, Texas 77054 | |
| Telephone: (832) 778-8182 | |
| Taft.Foley@thefoleylawfirm.com | |
| | |
| Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAKIA WALTON, DANYLLE MCHARDY, GEORGE DE LA PAZ JR., KEVIN JACOBS and FEIONA DUPREE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:19-CV-4466-LMM |

## **LOCAL RULE 7.1(D) CERTIFICATION**

I certify that this Notice of Settlement and Joint Motion to Stay has been prepared in Book Antiqua 13-point font as approved by Local Rule 5.1(B).

                                         s/ Brett C. Bartlett
                                         Counsel for Defendant